UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| IVY L. COWAN,<br><br>　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV-13-051-JTR<br><br>JUDGMENT IN A CIVIL CASE |

**DECISION BY THE COURT**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that**:**

Plaintiff's Motion for Summary Judgment is **GRANTED**.  This matter is remanded to the Commissioner for additional proceedings.  Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED:   December 3, 2013

　　　　　　　　　　　　　　　　SEAN McAVOY
　　　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　s/ L. Stejskal
　　　　　　　　　　　　　　　　Deputy Clerk